MITCHELL D. GLINER, Esq.
Nevada Bar No. 3419
3017 West Charleston Blvd., Suite 95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 FAX
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREIDA LAUB,  ) No. CV-S-
  )
 Plaintiff, )
  )
vs. )
  )
RETRIEVAL-MASTERS CREDITORS )
BUREAU, INC., a foreign corporation )
doing business as AMERICAN )
MEDICAL COLLECTION AGENCY, )
  )
 Defendant. )

## COMPLAINT

### JURISDICTION

1.  The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant(s) perpetrated therein.

### PRELIMINARY STATEMENT

2.  This action is instituted in accordance with and to remedy Defendant's violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), and of related state law obligations brought as supplemental claims hereto.

///

3. In 2009, Defendant initiated a campaign of abusive, unfair, unreasonable, and unlawful debt collection activity directed against Plaintiff in Las Vegas, Nevada.

4. As a result of these and other violations of law, Plaintiff seeks hereby to recover actual and statutory damages together with reasonable attorney's fees and costs.

## PARTIES

5. Plaintiff, Freida Laub, is a natural person who resides in Las Vegas, Nevada, and is a "consumer" as defined by 15 U.S.C. Section 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. Section 1692a(5).

6. Defendant, Retrieval-Masters Creditors Bureau, Inc., dba American Medical Collection Agency, is a foreign corporation, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Elmsford, New York, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. Section 1692a(6).

## FACTUAL ALLEGATIONS

7. Plaintiff(s) repeat, reallege and assert all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

8. Plaintiff suffers from Degenerative Multiple Sclerosis.

9. This disease has severely impacted Plaintiff's life.

10. Plaintiff can only work on a limited basis and consequently earns a limited income.

11. On March 9, 2009, Plaintiff was dunned by Defendant (Exhibit 1.)

12. The alleged debt underlying this action was for medical tests.

13. Plaintiff called Defendant during early April, 2009, offering to pay the entire $46.16.

14. Plaintiff provided her credit card information.

15. Defendant's collector then advised there would be a surcharge for any credit card payment.

16. Plaintiff advised the collector she could not afford the surcharge and the collector ostensibly agreed.

17. Plaintiff advised she would quickly send Defendant a check for the entire amount.

18. Plaintiff instructed Defendant not to charge her card and the collector ostensibly agreed.

19. On April 10, 2009, Defendant negotiated Plaintiff's check (Exhibit 2.)

20. During late April Plaintiff received her credit card statement.

21. Defendant had charged the $46.16 *three* times (Exhibit 3.)

22. The three charges were intentionally and fraudulently made contrary to Plaintiff's specific instruction.

23. The three charges were intentionally and fraudulently made notwithstanding Plaintiff's full payment by check.

24. Defendant's intentional fraud was in violation of both FDCPA §§ 1692e(2)(A) and (10) and FDCPA § 1692f. Kimber v. Federal Financial Corp., 668 F. Supp. 1480, 1487-89 (M.D. Ala. 1987).

25. The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

26. The foregoing acts and omissions of Defendant were undertaken by it willfully, maliciously, and intentionally, knowingly, and/or in gross or reckless disregard of the rights of Plaintiff.

27. Indeed, the foregoing acts and omissions of Defendant were undertaken by it indiscriminately and persistently, as part of its regular and routine debt collection efforts, and without regard to or consideration of the identity or rights of Plaintiff.

28. As a proximate result of the foregoing acts and omissions of Defendant, Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, mental anguish and suffering, and emotional distress, for which Plaintiff should be compensated in an amount to be proven at trial.

## CAUSES OF ACTION

### COUNT I

29. The foregoing acts and omissions of Defendant constitute violations of the FDCPA, including, but not limited to, Sections 1692c, d, e and f.

30. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs.

### COUNT II

31. The foregoing acts and omissions constitute unreasonable debt collection practices in violation of the doctrine of Invasion of Privacy. *Kuhn v. Account Control Technology, Inc.*, 865 F. Supp. 1443, 1448-49 (D. Nev. 1994); *Pittman v. J. J. Mac Intyre Co. of Nevada, Inc.*, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

32. Plaintiff is entitled to recover actual damages as well as punitive damages in an amount to be proven at trial.

### JURY DEMANDED

Plaintiff hereby demands trial by a six-person jury on all issues so triable.

WHEREFORE, Plaintiff prays that this Honorable Court grant the following relief:

1. Award actual damages.
2. Award punitive damages.
3. Award statutory damages of $1,000 pursuant to 15 U.S.C. § 1692k.
4. Award reasonable attorney fees.
5. Award costs.
6. Grant such other and further relief as it deems just and proper.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV 89102
Attorney for Plaintiff

FROM :                 FAX NO. : 871 3809           May. 08 2009 03:30PM P1



# AMERICAN MEDICAL COLLECTION AGENCY
2269 S. SAW MILL RIVER ROAD, BLDG. 3 • ELMSFORD, NY 10523

**PIN NUMBER: 97838991991**

02 L2Q VAP A32604955

1-800-365-3638
1-914-345-7125

Freida Laub
6043 Journeys End St.
Las Vegas, NV  89148-5524

March 9, 2009

## SERIOUSLY PAST DUE

Dear Freida Laub:

*914-345-0746*

You have not responded to our previous notice.

We must assume that you do not dispute the debt in question and your account has been classified as a valid and undisputed debt and subject to collection in full.

For your reference, the **$46.16** you owe is for laboratory tests ordered by your physician and performed by our client. These charges were not included in any bills you received from your doctor or hospital.

**Your deadline for payment in full is 03/23/09.**

If we do not receive payment by the above date, we will pursue collections. We urge you to take care of this matter promptly. You may call us at the telephone number above if you have any questions. Otherwise, please mail your payment today with the bottom portion of this letter.

*pay.amcaonline.com*

DETACH HERE


ACA
INTERNATIONAL

**NOTICE: SEE REVERSE SIDE**
**FOR IMPORTANT INFORMATION**

Sincerely,
Joseph Howard

Collection Supervisor

DETACH HERE

| | | |
|---|---|---|
| AMCA<br>PO BOX 1235<br>ELMSFORD, NY 10523-0935 | Service Provider | **Associated Pathologist Charter** |
| | Amount Due | **$46.16** |
| | Date of Service | September 18, 2008     119 |
| 042927  [*]      090307 | Invoice # | A32604955 |

VAP04616A32604955++++++6

**EXHIBIT 1**



EXHIBIT 2

0123 VAP ANATOMICA PATHOLOG
04/10/09 68 1235 A32604955++++++

2000038731051
▶031200730◀
WACHOVIA NA SVC751 1964T
PHILA, PA 04132009 11FK
55208867 4

FOR DEPOSIT ONLY
WACHOVIA BANK NA
CREDIT THE ACCOUNT OF

ENDORSE HERE

Bank of America | Online Banking | Accounts | Account Details | Account Activity

5/1/09 4:04 PM


# 9783899/99/
Freida Laub

Sign Off

New e-Bills  Locations  Mail  Help  En Español

Enter keyword(s)

Account Details

Bank of America Gold Visa - 3262          Account: Bank of America Gold Visa - 3262

Consolidate your bills. Transfer balances from other credit cards.

Account Activity    My Statements    Services

The free and easy way to protect yourself when you shop online.
ShopSafe® is our free service for Online Banking customers that allows you to create a unique, temporary account number for online purchases.
Use ShopSafe | Learn more about ShopSafe

**Balance Summary**
05/01/2009

Current Balance
Available credit
Temporary Authorization (rounded) ?
Request a credit line increase

05/09/2009 Payment due date
Current payment due
$0.00 Past due amount
Total minimum payment due
Pay now
Balance as of your last statement
Credit Limit
Amount over the limit

▶ Payment Summary

Turn a good deal into a great deal when you shop online using the Add It Up™ program.
Learn more

Go to: April 14, 2009          View: All Transactions

Newest Next Previous Oldest

Transaction                                    Printable  Download



| Posted | Transaction | Type | Amount | Balance |
|---|---|---|---|---|
| ▶ 04/14/2009 | Finance Charge | | | |
| ▶ 04/09/2009 | AMCA/RMCB - 0501227385 | | $46.16 | |
| ▶ 04/08/2009 | AMCA/HMCB - 0501227470 | | $46.16 | |
| ▶ 04/09/2009 | AMCA/RMCB - 0501227757 | | $46.15 | |
| ▶ 04/06/2009 | | | -$300.00 | |
| ▶ 04/03/2009 | | | -$119.97 | |
| ▶ 04/02/2009 | | | $7.64 | |
| ▶ 03/30/2009 | | | $11.00 | |
| ▶ 03/26/2009 | ...ION | | $35.00 | |
| ▶ 03/25/2009 | | | $277.82 | |

Icon Legend                                    Printable  Download

Go to: April 14, 2009          View: All Transactions

Newest Next Previous Oldest

**paid by check s/c charged 3 x's**

Secure Area
Accounts  Bill Pay  Transfer Funds  Investments  Customer Service
Privacy & Security  Locations  Alerts  Mail  Help  Site Map  Sign Off

Bank of America, N.A. Member FDIC. Equal Housing Lender
©2009 Bank of America Corporation. All rights reserved.

https://ccss-rva.bankofamerica.com/ccss/g_accountsummary.el_event?id=statementSelectorBottom

**EXHIBIT 3** Page 1 of 1